JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
TROY K. FLAKE
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Troy.Flake@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| B DIAMOND INFRA LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>CARMEN FERCH, AS TRUSTEE OF THE CARMEN FERCH TRUST, and the FEDERAL AVIATION ADMINISTRATION,<br><br>   Defendants. | Case No. 3:22-cv-00443-LRH-CSD<br><br>**Stipulation to Extend the United States' Deadline to Answer**<br><br>**(First Request)** |

      Pursuant to Local Rule IA 6-1, the parties stipulate and request that Defendant United States of America shall have a 60-day extension of time to file an answer or otherwise respond to Plaintiff's Complaint. (ECF No. 1). Based on the date of service of the summons and complaint on the United States, the answer or other response is due by December 12, 2022. With the extension, the new deadline to answer or otherwise respond would be **February 10, 2023**. This is the United States' first request for extension.

      The parties are working diligently to verify important facts, discuss this matter with interested parties, and determine whether they can resolve this matter without litigation. The parties agree that a 60-day extension of the United States' answer deadline is appropriate under the circumstances. This stipulation is filed in good faith and not for the purpose of delay.

///

WHEREFORE, the parties respectfully requests that this stipulation be granted and that the deadline to respond to the complaint be extended from December 12, 2022, through and including **February 10, 2023**.

Respectfully submitted this 9th day of December 2022.

| | |
|---|---|
| HOLLAND & HART LLP | JASON M. FRIERSON<br>United States Attorney |
| /s/ Timothy A. Lukas<br>Timothy A. Lukas, Esq.<br>Nevada Bar No. 4678<br>Joshua M. Halen, Esq.<br>Nevada Bar No. 13885<br>5441 Kietzke Lane, Suite 200<br>Reno, Nevada 89511<br>*Attorney for Plaintiff* | /s/ Troy K. Flake<br>TROY K. FLAKE<br>Assistant United States Attorney<br>*Attorney for the United States* |

KAEMPFER CROWELL

/s/ Richard G. Campbell
Richard G. Campbell, Jr., Esq.
Nevada Bar No. 1832
50 W. Liberty Street Suite 700
Reno, Nevada 89501
*Attorney for Defendant Carmen Ferch as Trustee of the Carmen Ferch Trust*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** December 12, 2022