KAEMPFER CROWELL
Richard G. Campbell, Jr., No. 1832
50 West Liberty Street, Suite 700
Reno, Nevada 89501
Telephone: (775) 852-3900
Facsimile: (775) 327-2011
Email: rcampbell@kcnvlaw.com

*Attorneys for Carmen Ferch, as Trustee of the Carmen Ferch Trust*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| B DIAMOND INFRA LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CARMEN FERCH, AS TRUSTEE OF THE CARMEN FERCH TRUST, and the FEDERAL AVIATION ADMNISTRATION,<br><br>Defendants. | Case No. 3:22-cv-00443-LRH-CSD<br><br>**STIPULATION TO EXTEND CARMEN FERCH, AS TRUSTEE OF THE CARMEN FERCH TRUST'S DEADLINE TO ANSWER**<br><br>**[First Request]** |

Pursuant to Local Rule IA 6-1, the parties stipulate and request that Defendant Carmen Ferch, as Trustee of the Carmen Ferch Trust shall have a 30-day extension of time to file an answer or otherwise respond to Plaintiff's Complaint. (ECF No. 1). Based on the date of service of the summons and complaint on the Carmen Ferch, as Trustee of the Carmen Ferch Trust, the answer or other response is due by December 12, 2022. With the extension, the new deadline to answer or otherwise respond would be **January 11, 2023**. This is Carmen Ferch, as Trustee of the Carmen Ferch Trust's, first request for extension.

The parties are working diligently to verify important facts, discuss this matter with interested parties, and determine whether they can resolve this matter without litigation. The

parties agree that a 30-day extension of the Carmen Ferch, as Trustee of the Carmen Ferch Trust's answer deadline is appropriate under the circumstances. This stipulation is filed in good faith and not for the purpose of delay.

WHEREFORE, the parties respectfully requests that this stipulation be granted and that the deadline to respond to the complaint be extended from December 12, 2022, through and including **January 11, 2023**.

Respectfully submitted this 12th day of December 2022.

| HOLLAND & HART LLP | JASON M. FRIERSON |
| --- | --- |
| | United States Attorney |
| /s/ Timothy A. Lukas | /s/ Troy K. Flake |
| Timothy A. Lukas, Esq. | TROY K. FLAKE |
| Nevada Bar No. 4678 | Assistant United States Attorney |
| Joshua M. Halen, Esq. | |
| Nevada Bar No. 13885 | *Attorney for the United States* |
| 5441 Kietzke Lane, Suite 200 | |
| Reno, Nevada 89511 | |

*Attorney for Plaintiff*

KAEMPFER CROWELL

 /s/  Richard G. Campbell
Richard G. Campbell, Jr., Esq.
Nevada Bar No. 1832
50 W. Liberty Street Suite 700
Reno, Nevada 89501

*Attorney for Defendant Carmen Ferch as Trustee of the Carmen Ferch Trust*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  December 22, 2022

KAEMPFER CROWELL