JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
TROY K. FLAKE
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Troy.Flake@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| B DIAMOND INFRA LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>CARMEN FERCH, AS TRUSTEE OF THE CARMEN FERCH TRUST, and the FEDERAL AVIATION ADMINISTRATION,<br><br>  Defendants. | Case No. 3:22-cv-00443-LRH-CSD<br><br>**Stipulation to Extend the United States' Deadline to Answer**<br><br>**(Fourth Request)** |

Pursuant to Local Rule IA 6-1, the parties stipulate and request that Defendants shall have a 30-day extension of time to file an answer or otherwise respond to Plaintiff's Complaint (ECF No. 1). The current deadline to answer is **April 10, 2023**. This is the Parties' fourth request for extension.

This matter involves a complex real property issue connected to an easement and a lease held by the Federal Aviation Administration for critical aviation communications infrastructure. The parties have worked diligently to verify important facts, discuss this matter with interested parties, and determine whether they can resolve this matter without litigation. They have circulated a draft stipulation that will resolve this matter which is being considered by the various parties.

One component of the resolution is a proposed negotiated lease between the Federal Aviation Administration (FAA) and B Diamond Infra. B Diamond has proposed lease

terms which are being considered by the FAA and the parties are negotiating a draft lease. The parties continue to negotiate in good faith.

The parties agree that a 30-day extension of the answer deadline is appropriate under the circumstances. This stipulation is filed in good faith and not for the purpose of delay.

WHEREFORE, the parties respectfully requests that this stipulation be granted and that the deadline to respond to the complaint be extended through and including **May 10, 2023**.

Respectfully submitted this 7th day of April 2023.

| | |
|---|---|
| HOLLAND & HART LLP | JASON M. FRIERSON<br>United States Attorney |
| /s/Timothy A. Lukas<br>Timothy A. Lukas, Esq.<br>Nevada Bar No. 4678<br>Joshua M. Halen, Esq.<br>Nevada Bar No. 13885<br>5441 Kietzke Lane, Suite 200<br>Reno, Nevada 89511<br>*Attorney for Plaintiff* | /s/ Troy K. Flake<br>TROY K. FLAKE<br>Assistant United States Attorney<br>*Attorney for the United States* |

KAEMPFER CROWELL

/s/Richard G. Campbell
Richard G. Campbell, Jr., Esq.
Nevada Bar No. 1832
50 W. Liberty Street Suite 700
Reno, Nevada 89501
*Attorney for Defendant Carmen Ferch as Trustee of the Carmen Ferch Trust*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  April 10, 2023